UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON D.C.

| | |
|---|---|
| Gregory O. Davis, Sr., et al. )<br>)<br>Plaintiff's )<br>v. )<br>)<br>Henry M. Paulson, Jr. Secretary, et al. )<br>)<br>Defendant's )<br>************************************ | Civil Action No.1:08-cv-00447 |

### REQUEST FOR REISSUE OF SUMMONS

Plaintiff's hereby request the re-issuance of the summons in the above cited case. This case was filed on March 14, 2008 and summons were issued, nevertheless the summons issued were copies and the originals were supposed to be served by the U.S. Marshal. Unfortunately the summons were not served. Wherefore, Plaintiffs request a re-issuance of the summons so that a private process server can serve the defendants in the interest of justice.

Respectfully submitted,

Rev. Uduak James Ubom, Esq, DC #449102
Ubom Law Group, PLLC
7600 Georgia Ave. NW., Suite 411
Washington, DC 20012
Tel. (202) 723-8900
Fax (202) 723-5790
Attorneys for Plaintiffs'