UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
GREGORY O. DAVIS, et al.,      )
                               )
      Plaintiffs,              )
                               )
      v.                       )   Civil Action No. 08-447 (RWR)
                               )
HENRY M. PAULSON, et al.,      )
                               )
      Defendants.              )
_____)
```

## ORDER TO SHOW CAUSE

Plaintiffs filed their complaint on March 14, 2008, but have not filed proof that the defendants have been served within the 120-day period allowed by Fed. R. Civ. P. 4(m). Accordingly, it is hereby

ORDERED that plaintiffs shall show cause in writing by August 15, 2008 why this case should not be dismissed for want of prosecution. If appropriate, plaintiffs may show cause by the deadline by filing proof of service, securing entry of default, and filing and serving on defendants a motion for default judgment with a proposed final default judgment.

SIGNED this 5th day of August, 2008.

                                                      /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge