UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON D.C.

| | |
|---|---|
| Gregory O. Davis, Sr., et al. )<br>)<br>Plaintiff's )<br>v. )<br>)<br>Henry M. Paulson, Jr. Secretary, et al. )<br>U.S. Department of Treasury )<br>)<br>Defendant's ) | Civil Action No.1:08-cv-00447 |

### AFFIDAVIT OF SERVICE

I hereby certify that on August 14, 2008, I, Uduak James Ubom personally served a copy of the summons with the accompanying Complaint of the Plaintiff's on:

    <u>1.</u>    Henry M. Paulson, Jr., Secretary U.S. Department of Treasury through his designate Tom McGiven at 1500 Pennsylvania Avenue, NW Washington D.C. 20220 at 2:00 p.m.

    2.    U.S. Attorney General, through his designate, Sandra Carter, at 950 Pennsylvania Avenue, NW Washington, D.C. 20530, at 1:00 p.m.

    Respectfully submitted,

    *-S-*

    _____
    Rev. Uduak James Ubom, Esq, DC #449102
    Ubom Law Group, PLLC
    7600 Georgia Ave. NW., Suite 411
    Washington, DC 20012
    Tel. (202) 723-8900
    Fax (202) 723-5790
    Attorneys for Plaintiffs'

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON D.C.

| | |
|---|---|
| Gregory O. Davis, Sr., et al. )<br>)<br>  Plaintiff's )<br>v. )<br>)<br>Henry M. Paulson, Jr. Secretary, et al. )<br>U.S. Department of Treasury )<br>)<br>  Defendant's ) | Civil Action No.1:08-cv-00447 |

## AFFIDAVIT OF SERVICE

I hereby certify that on August 14, 2008, I, Uduak James Ubom personally served a copy of the summons with the accompanying Complaint of the Plaintiff's on:

<u>1.</u>     Henry M. Paulson, Jr., Secretary U.S. Department of Treasury through his designate Tom McGiven at 1500 Pennsylvania Avenue, NW Washington D.C. 20220 at 2:00 p.m.

2.     U.S. Attorney General, through his designate, Sandra Carter, at 950 Pennsylvania Avenue, NW Washington, D.C. 20530, at 1:00 p.m.

Respectfully submitted,

*-S-*

_____
Rev. Uduak James Ubom, Esq, DC #449102
Ubom Law Group, PLLC
7600 Georgia Ave. NW., Suite 411
Washington, DC 20012
Tel. (202) 723-8900
Fax (202) 723-5790
Attorneys for Plaintiffs'

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/14/08 |
| NAME OF SERVER (PRINT) Lindsay Ubsom | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Tom McGivern TMV 1500 Pennsylvania Avenue Clerk Designate

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/08
              Date         Signature of Server

7600 Georgia Ave NW, Suite 411
Address of Server
Washington DC 20012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/14/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| UDUAK UBOM | Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SANDRA CARTER Clerk Designate 950 Pennsylvania Ave, NW Washington DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/08
         Date         Signature of Server

Address of Server: 7600 Georgia Ave, NW Suite 410, Washington DC 20012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.