UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON D.C.

| | |
|---|---|
| Gregory O. Davis, Sr., et al. | ) |
| | ) |
|     Plaintiff's | ) |
| v. | ) |
| | )   Civil Action No.1:08-cv-00447 |
| Henry M. Paulson, Jr. Secretary, et al. | ) |
| U.S. Department of Treasury | ) |
| | ) |
|     Defendant's | ) |

## AFFIDAVIT OF SERVICE

I hereby certify that on August 14, 2008, Gerrad Blackshear personally served a copy of the summons with the accompanying Complaint of the Plaintiff's on:

1. Defendant Christopher Cooch at his residence, 13424 Classic Oak Court, Manassas, Virginia 20112 at 9:15 p.m.

    Respectfully submitted,

    *-S-*

    _____
    Rev. Uduak James Ubom, Esq, DC #449102
    Ubom Law Group, PLLC
    7600 Georgia Ave. NW., Suite 411
    Washington, DC 20012
    Tel. (202) 723-8900
    Fax (202) 723-5790
    Attorneys for Plaintiffs'