UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON D.C.

| | |
|---|---|
| Gregory O. Davis, Sr., et al. )<br>)<br>Plaintiff's )<br>v. )<br>)<br>Henry M. Paulson, Jr. Secretary, et al. )<br>U.S. Department of Treasury )<br>)<br>Defendant's ) | Civil Action No.1:08-cv-00447 |

<u>AFFIDAVIT OF SERVICE</u>

I hereby certify that on August 14, 2008, Richard Mills, Sr,. personally served a copy of the summons with the accompanying Complaint of the Plaintiff's on:

1. Defendant Chief David Lindsey at his residence: 13800 Chestnut Oak Lane, Brandywine, Maryland 20613 at 7:57 p.m.

Respectfully submitted,

*-S-*

_____
Rev. Uduak James Ubom, Esq, DC #449102
Ubom Law Group, PLLC
7600 Georgia Ave. NW., Suite 411
Washington, DC 20012
Tel. (202) 723-8900
Fax (202) 723-5790
Attorneys for Plaintiffs'