UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON D.C.

| | |
|---|---|
| Gregory O. Davis, Sr., et al. | ) |
| | ) |
|     Plaintiff's | ) |
| v. | ) |
| | )    Civil Action No.1:08-cv-00447 |
| Henry M. Paulson, Jr. Secretary, et al. | ) |
| U.S. Department of Treasury | ) |
| | ) |
|     Defendant's | ) |

RESPONSE TO MOTION TO SHOW CAUSE ON SERVICE UPON DEFENDANTS

Plaintiff's through counsel state that they have served summons on all defendants except

Thomas A. Ferguson.

Plaintiffs's state that Defendant Thomas A. Ferguson, has since retired form U.S.

Government Service, and his address was recently discovered by Plaintiff's and an attempt to

serve him failed because there was no one home.

Plaintiff's request the Court to allow them three additional working days until August 20,

2008 to effect service.


Respectfully submitted,

    *-S-*

_____
Rev. Uduak James Ubom, Esq, DC #449102
Ubom Law Group, PLLC
7600 Georgia Ave. NW., Suite 411
Washington, DC 20012
Tel. (202) 723-8900
Fax (202) 723-5790
Attorneys for Plaintiffs'