UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON D.C.

| | |
|---|---|
| Gregory O. Davis, Sr., et al. ) | |
| ) | |
| Plaintiff's ) | |
| v. ) | |
| ) | Civil Action No.1:08-cv-00447 |
| Henry M. Paulson, Jr. Secretary, et al. ) | |
| U.S. Department of Treasury ) | |
| ) | |
| Defendant's ) | |

AFFIDAVIT OF SERVICE

I hereby certify that on August 14, 2008, Richard Miller Sr. personally served a copy of the summons with the accompanying Complaint of the Plaintiff's on:

1. Defendant David L. Lindsey at his residence, 13800 Chestnut Oak Lane, Barndywine, Maryland, 20613 at 7:58 p.m.

Respectfully submitted,

*-S-*

_____
Rev. Uduak James Ubom, Esq, DC #449102
Ubom Law Group, PLLC
7600 Georgia Ave. NW., Suite 411
Washington, DC 20012
Tel. (202) 723-8900
Fax (202) 723-5790
Attorneys for Plaintiffs'